Chas. A. Stevens & Bros., appellant, v. Chas. J. Bronez, appellee. Gen. No. 34,121.

Opinion filed May 26, 1930.

Wiley E. Hosier, for appellant.    John F. Cashen, Jr., for appellee.

Mr. Justice Matchett delivered the opinion of the court.